UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE KAMIN, et al

                Plaintiffs,                  Case No. 18-cv-11137
v.                                                   HON. MARK A. GOLDSMITH

R.K.J. INC., et al,

                Defendants.
_____/

## ORDER GRANTING MOTION TO APPROVE FLSA SETTLEMENT (Dkt. 45) AND MOTION TO STRIKE AND REPLACE (Dkt. 46)

This matter is before the Court on the parties' joint motion to approve settlement (Dkt. 45) and the parties' joint motion to strike Exhibit A to that motion and replace it with the attached full executed settlement agreement (Dkt. 46). The Court has reviewed the settlement agreement, and determines that both motions shall be granted. The agreement shall be executed in the manner agreed to by the parties. This order constitutes a final order of the Court, and this case is closed.

      SO ORDERED.

Dated: June 3, 2019                            s/Mark A. Goldsmith
   Detroit, Michigan                         MARK A. GOLDSMITH
                                                   United States District Judge